## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LED TECH DEVELOPMENT LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 12-cv-01260 (SLR) |
| v. | ) | |
| | ) | |
| HOME DEPOT U.S.A., INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT HOME DEPOT U.S.A., INC.'S
## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendant Home Depot U.S.A., Inc. moves this Court, pursuant to Federal Rule of Civil

Procedure 12(b)(6), to dismiss the Complaint filed against it by LED Tech Development LLC for

failure to state a claim upon which relief can be granted.  The grounds for this motion are fully

set forth in the accompanying opening brief.

Dated: January 10, 2013                                         **DLA PIPER LLP (US)**


                                                               */s/ Denise S. Kraft*
                                                               Denise S. Kraft (DE No. 2778)
                                                               Aleine Porterfield (DE No. 5053)
                                                               919 North Market Street
                                                               Suite 1500
                                                               Wilmington, DE  19801
                                                               Telephone:    (302) 468-5700
                                                               Facsimile:    (302) 394-2341
                                                               denise.kraft@dlapiper.com
                                                               aleine.porterfield@dlapiper.com

                                                               *Attorneys for Defendant*
                                                               *Home Depot U.S.A., Inc.*

Of Counsel:

Nicholas G. Papastavros (*admitted pro hac*)
Maya Prakash (*admitted pro hac*)
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110
Telephone:     (617) 406-6000
Facsimile:      (617) 406-6119
nick.papastavros@dlapiper.com
maya.prakash@dlapiper.com